United States District Court
Southern District of Texas
**ENTERED**
March 18, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JESSICA FRANCO MORALES | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:26cv1836 |
| | § | |
| WARDEN MONTGOMERY PROCESSING | § | |
| CENTER, RANDY TATE, *et al* | § | |
| | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL

Pursuant to the Notice of Voluntary Dismissal (Docket Entry No.5, filed on March 18, 2026, this action is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Each party shall bear its own costs and attorney fees.

SIGNED:  March 18, 2026

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE